IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA<br>　　　　Plaintiff, | )<br>)<br>) |
| v. | )　NO. J-C-96-115<br>) |
| CHARLES HARRIS<br>　　　　Defendant. | )<br>) |

**FILED** U.S. DISTRICT COURT EASTERN DISTRICT ARKANSAS AUG 05 1996 JAMES W. McCORMACK, CLERK By: _____ DEP CLERK

### DEFAULT JUDGMENT

Plaintiff having requested entry of default judgment for a sum certain under Rule 55(b)(1) of the Federal Rules of Civil Procedure; and upon affidavit that the defendant is not an infant or incompetent person and is not in the military service of the United States, and defendant being in default by reason of complaint, and summons having been served upon said defendant on April 30, 1996, and no answer or other responsive pleading having been filed,

JUDGEMENT is entered herein in favor of plaintiff, United States of America, and against defendant, Charles Harris, in the sum of $2,120.03 principal; $1,442.45 interest as of August 2, 1996; plus a 10% surcharge of $356.25; for a total judgment

amount of $3,918.73, with interest at the rate of 5.81% per annum from the date of judgment until fully paid, and all other cost, if any.

Dated this 5th day of August, 1996.

JAMES W. McCORMACK

By: *Martha Fugate*
DEPUTY CLERK

This document entered on docket sheet in compliance with Rule 58 and/or 79(a) FRCP on 8-5-96 by MKF