IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

**FILED**
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS

AUG 21 1997

JAMES W. McCORMACK, CLERK

By: _____ DEP.CLERK

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | ) NO. J-C-96-115 |
| | ) |
| CHARLES HARRIS | ) |

SATISFACTION OF JUDGMENT

The United States of America, by and through its attorneys, Paula J. Casey, United States Attorney for the Eastern District of Arkansas, and Stacey E. McCord, Assistant United States Attorney for said district, hereby states:

That the judgment entered against the defendant on August 5, 1996, has been satisfied in full.

Paula J. Casey
United States Attorney

By Stacey E. McCord  87114
Assistant United States Attorney
Post Office Box 1229
Little Rock, Arkansas 72203
501-378-5346

## CERTIFICATE OF SERVICE

      I hereby certify that I have mailed a copy of the foregoing pleading this 19th day of August, 1997, to the following:

Charles Harris
Route 1, Box 101
Tyronza, Arkansas  72386

                                                    */s/ Stacey McCord*
                                                    Stacey E. McCord
                                                    Assistant United States Attorney